# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FLOOR AND DECOR OUTLETS OF AMERICA, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>SAFETY NATIONAL CASUALTY CORPORATION )<br><br>Defendant. ) | No.: 1:21-CV-1515-ELR |

## ORDER ON JOINT MOTION TO TRANSFER

Presently before the Court is the Parties' "Joint Motion to Transfer," whereby the Parties jointly move the Court to transfer this action to the United States District Court for the Eastern District of New York. [Doc. 14]. For the reasons set forth in the Parties' submission, the Court **GRANTS** the Joint Motion to Transfer. [Doc. 14]. The Court **DIRECTS** the Clerk to **TRANSFER** this action to the United States District Court for the Eastern District of New York.

**SO ORDERED,** this 28th day of June, 2021.

Eleanor L. Ross
United States District Court
Northern District of Georgia